AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Nickerson, William M. | Maryland | 03/28/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge, Senior St | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

101 W. Lombard Street
Baltimore MD 21201

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 12/6/93 | State of Md. Judicial Pension Plan; |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 03/28/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | monthly | State of Md. Judicial Pension Plan | $29,727.36 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 03/28/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bristol Myers Squibb cmn | B | Dividend | L | T | | | | | |
| 2. Chevron Texaco Corp. formerly Chevron Corp. cmn | B | Dividend | L | T | | | | | |
| 3. Coca Cola Co. cmn | C | Dividend | M | T | | | | | |
| 4. Colgate Palmolive Co. cmn | B | Dividend | M | T | | | | | |
| 5. Diamond Offshore Drilling Co. cmn | A | Dividend | K | T | | | | | |
| 6. DuPont, E. I. cmn | A | Dividend | J | T | | | | | |
| 7. Equifax Inc. cmn | A | Dividend | L | T | | | | | |
| 8. General Electric Co. cmn | B | Dividend | K | T | | | | | |
| 9. General Mills Inc. cmn | B | Dividend | L | T | | | | | |
| 10. Johnson & Johnson cmn | C | Dividend | L | T | | | | | |
| 11. Merck & Co., Inc. cmn | A | Dividend | K | T | | | | | |
| 12. Pitney Bowes, Inc. cmn | A | Dividend | J | T | | | | | |
| 13. Procter & Gamble Co. cmn | A | Dividend | J | T | | | | | |
| 14. Mutual Shares Fund | A | Dividend | K | T | | | | | |
| 15. Exelon Corp. cmn | A | Dividend | J | T | | | | | See VIII |
| 16. Cheesecake Factory Inc. cmn | | None | K | T | | | | | |
| 17. Jones Grp cmn (Formerly Jones Apparel) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 03/28/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. T.R.P. Md. Tax Free Bond | C | Dividend | L | T | | | | | |
| 19. T.R.P. Tax Exempt M/M | A | Dividend | M | T | | | | | |
| 20. J P Morgan - Trust (H) | A | Distribution | P1 | T | | | | | |
| 21. - J P Morgan US DollarPrincipal (Form Deposit Sweep Inst'l. | | | | | | | | | |
| 22. - JP Morgan Short Term Mun. Bd. Fd. | | | | | Sold | 10/31/11 | M | A | See VIII |
| 23. - Verizon Communications | | | | | | | | | |
| 24. - Chevron Corp. | | | | | Sold (part) | 10/31/11 | L | A | See VIII |
| 25. - Dow Chemical | | | | | | | | | |
| 26. - Gen Elect Co | | | | | Sold (part) | 10/31/11 | K | | See VIII |
| 27. - Exxon Mobil Corp | | | | | | | | | |
| 28. - J P Morgan Core Bond Sel Fid Fund | | | | | Sold | 10/31/11 | L | A | See VIII |
| 29. - Altria Group, Inc. | | | | | | | | | |
| 30. - American Electric Power Co, Inc. | | | | | | | | | |
| 31. - Bank of America Corp ( Formerly New) | | | | | Redeemed | 09/29/11 | J | A | See VIII |
| 32. - Boeing Co. | | | | | | | | | |
| 33. - Bristol Meyers Squibb Co | | | | | | | | | |
| 34. - Consolidated Edison, Inc. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 03/28/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Dominion Resources Inc VA | | | | | | | | | |
| 36. - Home Depot, Inc. | | | | | | | | | |
| 37. - McDonalds Corp. | | | | | | | | | |
| 38. - Duke Energy ( Formerly Hldg.) Corp. | | | | | | | | | |
| 39. - Travelers Cos. Inc. | | | | | | | | | |
| 40. - Kraft Foods, Inc. | | | | | | | | | |
| 41. - Spectra Energy Corp. | | | | | | | | | |
| 42. - Pfizer Inc. | | | | | | | | | |
| 43. - Philip Morris Int'l., Inc. (X) | | | | | | | | | |
| 44. - Kellogg Co. | | | | | | | | | |
| 45. - Coca-Cola Co. | | | | | | | | | |
| 46. - Sysco Corp. | | | | | | | | | |
| 47. - Yum Brands Inc. | | | | | | | | | |
| 48. - Frontier Communications Corp. | A | Dividend | | | Sold | 10/31/11 | J | A | See VIII |
| 49. - Manning & Napier Fund Inc.,World Opp. Series Fd. | A | Dividend | L | T | Buy | 10/31/11 | L | | See VIII |
| 50. - JPM Asia Equity Fund | A | Dividend | L | T | Buy | 10/31/11 | L | | See VIII |
| 51. - Delaware Emerging Mkts. Fund | A | Dividend | L | T | Buy | 10/31/11 | L | | See VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 03/28/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Easton Vance Mutual Funds TR FLT RT CL 1 | A | Dividend | L | T | Buy | 11/02/11 | L | | See VIII |
| 53. - JPM High Yield Fund | A | Dividend | L | T | Buy | 10/31/11 | L | | See VIII |
| 54. Exxon Mobil Corp cmn | A | Dividend | K | T | | | | | |
| 55. Intel Corp cmn | A | Dividend | J | T | | | | | |
| 56. PNC Finl. Svs. Grp. cmn | A | Dividend | K | T | | | | | |
| 57. Microsoft Corp cmn | A | Dividend | J | T | | | | | |
| 58. T. Rowe Price Inc. cmn | A | Dividend | L | T | | | | | |
| 59. Zebra Tech cmn | | None | K | T | | | | | |
| 60. Wal-Mart Stores cmn | A | Dividend | J | T | | | | | |
| 61. Fidelity Natl. Info. Svcs. Inc. cmn | A | Dividend | J | T | | | | | |
| 62. Zimmer Hldgs. Inc. cmn | | None | J | T | | | | | |
| 63. Smucker J M Co cmn | A | Dividend | J | T | | | | | |
| 64. Express Scripts Hldg. Co. | | None | J | T | | | | | See VIII |
| 65. Massachusetts Mutual Ins. Co. - whole life policy | B | Dividend | L | T | | | | | |
| 66. Navy Mutual Aid Ass'n. perm. plus life ins. policy | B | Dividend | K | T | | | | | |
| 67. Ameriprise Trust Co. ACF [          ] IRA (H) | | | | | | | | | |
| 68. - Columbia Acorn Fd. - A | | | L | T | Sold (part) | 12/19/12 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 03/28/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Columbia (Formerly Riversource)Diversified Bd. Fd. Cl A | A | Dividend | J | T | | | | | |
| 70. -(Columbia ( Formerly Riversource) High Yield Bd. Fd. Cl A | A | Dividend | K | T | | | | | |
| 71. - I Shares MSCI Emerging Mkts. | A | Dividend | K | T | | | | | |
| 72. - I Shares Russell 1000 Value | A | Dividend | K | T | | | | | |
| 73. - I Shares Russell 1000 Growth | A | Dividend | L | T | | | | | |
| 74. - I Shares S&P Midcap400 Barra Growth Index Fd. | A | Dividend | K | T | | | | | |
| 75. - I Shares S&P Midcap 400 Barra-Value Index Fd. | A | Dividend | K | T | | | | | |
| 76. - I Shares S&P Smallcap ETF (Formerly 600 Index Fd.) | A | Dividend | L | T | | | | | |
| 77. - Morgan Stanley Capital Trust V | A | Dividend | K | T | | | | | |
| 78. - Fidelity Advisor New Insights - T Fd. | | None | K | T | | | | | |
| 79. - Columbia (Formerly RVS) Diverse Equity Inc. - A | A | Dividend | | | Sold | 05/29/12 | J | | |
| 80. - MFS Intl. Diverse - A | A | Dividend | K | T | | | | | |
| 81. - Fidelity Advisor Mid Cap II - A | | None | K | T | | | | | |
| 82. - Ameriprise Insured Money Mkt. | A | Dividend | J | T | | | | | See VIII |
| 83. - Columbia Diverse Opportunity Fd. Cl. A | A | Dividend | K | T | Buy | 05/30/12 | K | | |
| 84. - Columbia Acorn International Fd. A | A | Dividend | K | T | Buy | 02/07/11 | K | | See VIII |
| 85. Columbia Mid Cap Value -A Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Nickerson, William M. | 03/28/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. AIM Invesco Smallcap Equity Fd Cl A (Formerly Col. Smallcap | A | Dividend | K | T | | | | | |
| 87. Columbia Recovery & Infrst A Fd. (Formerly Rvs. Rec. & Infrst | A | Dividend | K | T | | | | | |
| 88. Fidelity Advisor Mid Cap II-A Fd. | | None | K | T | | | | | |
| 89. Fidelity Advisor New Insights A Fd. | | None | K | T | | | | | |
| 90. MFS Value - A Fd. | A | Dividend | K | T | | | | | |
| 91. Morgan Stanley Capital Trust V | A | Dividend | J | T | | | | | |
| 92. Oppenheimer Developing Mkts. - A Fd. | A | Dividend | J | T | | | | | |
| 93. Riversource Ret. Adv. Plus Annuity | A | Int./Div. | L | U | | | | | |
| 94. Riversource Ret. Adv. Plus Annuity | A | Int./Div. | L | U | | | | | |
| 95. Investment property, Baltimore, MD | | None | M | R | | | | | see VIII |
| 96. Lender Proc. Svcs., Inc. - cmn | A | Dividend | J | T | | | | | |
| 97. Riversource Ret. Adv. 4 Ad. VA Annuity | C | Int./Div. | M | U | | | | | |
| 98. Riversource Rec. & Infra. A Fd. | A | Dividend | J | T | | | | | See VIII |
| 99. Franklin MD Tax Free Inc. - A | A | Dividend | J | T | | | | | |
| 100. Columbia Acorn Int'l. - A Fd. | A | Dividend | K | T | | | | | |
| 101. Pfizer, Inc. | A | Dividend | K | T | | | | | See VIII |
| 102. Ameriprise Insured Money Market Fd. | A | Dividend | J | T | | | | | See VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 03/28/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Riversource Ret. Adv. 4 Ad. VA Annuity | A | Int./Div. | L | U | | | | | See VIII |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Part VII, line 15 Exelon Corp. previously listed as Constellation Energy was acquired on 03/16/2012 in a merger exchange for the Constellation Energy shares.

2. Part VII, lines 22, 24, 26, 28, 31, 48, 49, 50, 51, 52, and 53 reference transaction dates outside the reporting date because the assets are held in a trust administered by the JP Morgan-Chase Bank which only provides trading information for the fiscal year - July 1, 2011to June 31, 2012.

3. Part VII, line 64, Express Scripts Hldg. Co., previously listed as Medcohealth Solutions, Inc. at line 60 of my 2011 report was acquired 0n 04/12/2012 in a "security exchange" for the Medcohealth Solutions shares.

4. Part VII, line 90. As previously reported, this property was purchased on 11/07/2007 for $110,000.00.

5. Part VII, line 82, Ameriprise Insured Money Mkt. Fd. has been a cash equivalent holding of relatively minimal and varying value within my Ameriprise IRA account for several years but inadvertently not picked up on previous reports.

6. Part VII, line 84, Columbia Acorn International Fd. A was bought 02/07/2011 but inadvertently omitted from the 2011 report.

7. Part VII, line 95, Investment property Baltimore, Md., as reported in my 2008, 2009, 2010 and 2011 reports, this property was purchased on 11/07/2007 for $110,000.00

8. Part VII, line 98,Riversource Rec. & Infra. A Fd. was inadvertently reported in duplicate at lines 93 and 82 of my 2011 report as amended on 05/16/2012.

9. Part VII, line 101, Pfizer, Inc., although listed among the holdings in the JP Morgan Trust at line 42, has been inadvertently omitted as a separate holding in my own brokerage account. Pfizer, Inc. was acquired as a merger and cash buyout of shares held in Wyeth, Inc. on 10/16/2009.

10. Part VII, line 102, Ameriprise Insured Money Mkt. Fd.,( similar to 5. above), has been a cash equivalent holding of relatively minimal and varying value in my Ameriprise account for several years but inadvertently not picked up on previous reports.

11. Part VII, line 103, Riversource Ret. Adv. 4 Ad. VA Annuity was initially reported at line 95 on my report dated 05/11/2011 for the reporting period 01/01/2010 to 12/31/2010 as bought on 12/11/09 at Value Code L. This asset was inadvertently omitted on the prior report for calendar year 2011.

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 03/28/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ William M. Nickerson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544